DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROY SHARPNACK


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:00-cr-0402 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO DISMISS VIOLATION** |
| v. | ) | **PETITION; ORDER** |
| | ) | |
| ROY SHARPNACK, | ) | |
| | ) | Date: June 13, 2008 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

The parties have agreed that February 28, 2008, Petition for Warrant or Summons for Offender under Supervision should be dismissed.

The petition alleges that Mr. Sharpnack submitted diluted or abnormal urine samples on various dates in late 2007 and early 2008. Mr. Sharpnack was arraigned on the petition on March 7, 2008. After that date, the probation office advised him it would request dismissal of the petition if, during the next 60 days, his urine samples continued to be reported as both reliable and negative for controlled substances.

On June 3, 2008, the probation officer notified defense counsel that

1  Mr. Sharpnack's recent tests had complied with all testing requirements.
2  Yesterday, after consulting with Assistant United States Attorney Anne
3  Pings, the probation officer advised defense counsel that she would ask
4  the Court to dismiss the petition.

    In order to obviate the need for a court appearance, defense counsel submits this written request for dismissal, with the probation officer's concurrence. The probation officer has advised defense counsel that the government has agreed the petition should be dismissed.

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated:  June 12, 2008            /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for ROY SHARPNACK

**O R D E R**

    For the reasons stated above, the Petition filed February 28, 2008, is dismissed.

    IT IS SO ORDERED.

Dated:  June 12, 2008            /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                United States District Judge