Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Offender Name:** Roy L. SHARPNACK

**Docket Number:** 2:00CR00402-01

**Offender Address:** Omo Ranch, California

**Judicial Officer:** Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

**Original Sentence Date:** 03/04/2002

**Original Offense:** 21 USC 841(a)(1) - Manufacture and Cultivation of Marijuana (CLASS B FELONY)

**Original Sentence:** 57 months custody Bureau of Prisons; 4 years Supervised Release; $7,500 fine; $100 special assessment

**Special Conditions:** Warrantless search; Financial disclosure; Substance abuse treatment and testing; $5/month co-payment for treatment or testing services

**Type of Supervision:** Supervised Release

**Supervision Commenced:** 08/15/2005

**Assistant U.S. Attorney:** Anne Pings        **Telephone:** (916) 554-2700

**Defense Attorney:** Timothy L. Zindel        **Telephone:** (916) 498-5700
Assistant Federal Defender

**Other Court Action:**

<u>01/30/2006</u>:   Prob 12A1 - Report and Recommendation of Offender Non-Compliance (Use of Marijuana); Continued on supervision with increased drug testing; No formal court action taken.

FILED
JUL 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

RE:   **Roy L. SHARPNACK**
      **Docket Number: 2:00CR00402-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **04/17/2007**: | Prob 12B Petition - Modification to include special condition that the releasee comply with the conditions of home detention for a period of 60 consecutive days and pay the cost associated with electronic monitoring as determined by the probation officer; Modification ordered based on violation conduct (marijuana use). |
| **02/28/2008**: | Prob 12C Petition filed alleging Failure to Participate in Drug Testing Program. The releasee submitted six diluted/abnormal urine samples. |
| **06/13/2008**: | Prob 12C Petition dismissed based on compliance, Releasee continued on same terms and conditions of supervision. |

## PETITIONING THE COURT

( X )  **TO ISSUE A SUMMONS** for Court appearance on Friday, August 7, 2009, at 9 a.m., at the United States Courthouse, 501 "I" Street, Sacramento, California, to show cause why supervision should not be revoked.

The probation officer alleges the releasee has violated the following condition(s) of supervision:

**Charge Number**   **Nature of Violation**

**Charge 1:**   **ILLICIT DRUG USE - MARIJUANA (06/24/2009)**

On June 24, 2009, the releasee submitted a urine sample which tested positive for cannabinoids (THC), in violation of the general condition to refrain from any unlawful use of controlled substances.

**RE:    Roy L. SHARPNACK**
       **Docket Number: 2:00CR00402-01**
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

**Justification:**

Mr. Sharpnack was placed on Supervised Release on August 15, 2005. He submitted his first positive marijuana urine sample on October 14, 2005. He claimed at that time he was practicing rituals in his Rastafarian religion. He was admonished by the probation officer and continued on supervision by the Court with the understanding that he would cease all marijuana use during the term of supervision. He remained drug free for the following 14 months.

Subsequently, on January 8 and 23, 2007, he submitted additional positive marijuana urine samples. He claimed to use poor judgment again in attending his Rastafarian rituals where participants were smoking marijuana. The Court was notified and he was placed on 60 days electronic monitored home detention; his drug testing was increased; and individual drug counseling was initiated. He successfully completed home detention on September 1, 2007.

In October 2007, when the undersigned probation officer assumed supervision of the releasee's case, he described details of his Rastafarian religion and admitted he would like to participate in the ultimate ritual of smoking marijuana. However, he claimed to respect the Court's order that he cease marijuana use during these ceremonies.

Shortly thereafter, on October 15, 2007, the releasee submitted a diluted/abnormal urine sample. He was admonished and told that diluted/abnormal tests were considered violations and would result in violation proceedings. He again agreed he would follow the orders of the Court and inform others in his Rastafarian religion that he could not participate in smoking illegal substances. However, he continued to submit diluted/abnormal urine samples on six additional occasions. Based on the fact that those samples could not be tested for illegal drug use, it appears he was attempting to disguise his illegal drug use by diluting his urine samples. The Court was notified of these violations via a Prob 12C Petition on February 28, 2008.

RE: **Roy L. SHARPNACK**
Docket Number: 2:00CR00402-01
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

Ultimately, on June 13, 2008, the Court agreed to dismiss the petition and continue Mr. Sharpnack on the same terms and conditions of supervision based on his compliance and no further diluted samples. He remained drug free and compliant with urine testing and counseling until June 24, 2009, when he submitted a positive urine sample for marijuana. Mr. Sharpnack's Supervised Release is scheduled to expire after a 4-year term on August 14, 2009. Therefore, the issuance of a summons is recommended in order for the Court to retain jurisdiction in this case pursuant to 18 USC 3583(i).

**Bail/Detention:**

The releasee does not appear to be a flight risk at this time, nor does he appear to be an imminent danger to the community. Therefore, detention is not recommended at this time.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON:**   July 9, 2008
Roseville, California
SRS:cd

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**
Telephone: (916) 786-2861

**REVIEWED BY:** _____/s/ Richard A. Ertola_____
**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

RE: **Roy L. SHARPNACK**
**Docket Number: 2:00CR00402-01**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

( )   The issuance of a warrant   ( )   Bail set at $ ___   ( )   No Bail

(✓)   The issuance of a summons (copy to Defense Counsel).

( )   Other:

## FURTHER PROCEEDINGS REGARDING CUSTODY:

( )   Defendant is ordered detained, to be brought before District Judge forthwith.

( )   Initial appearance and detention hearing before Magistrate Judge.

_____7/13/09_____                         _____
**Date**                                       **Signature of Judicial Officer**

cc:   United States Probation
      Anne Pings, Assistant United States Attorney
      Timothy L. Zindel, Assistant Federal Defender

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                               **RE:**     **Roy L. SHARPNACK**
                                                **Docket Number:   2:00CR00402-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**      **ILLICIT DRUG USE - MARIJUANA (06/24/2009)**

        **A.**      **Evidence:**

                (1)      Kroll Laboratory Specialists, Inc., Specimen Number C01197016, collected June 24, 2009, showing specimen positive for cannabinoids (THC).

        **B.**      **Witnesses:**

                (1)      None.

RE: **Roy L. SHARPNACK**
   **Docket Number:   2:00CR00402-01**
   **STATEMENT OF EVIDENCE**


Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

**DATED:**   July 9, 2009
   Roseville, California
   SRS:cd


**REVIEWED BY:**   /s/ Richard A. Ertola

**RICHARD A. ERTOLA**

**Supervising United States Probation Officer**

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:** Roy L. SHARPNACK          **Docket Number:** 2:00CR00402-01

**Date of original offense:**    05/09/2000 - 08/08/2000

**Original term of supervised release imposed:** 4 years

**Highest grade of violation alleged:**    C

**Criminal History Category of offender:**    I

**Chapter 7 range of imprisonment:** 3 to 9 months.

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

  ___    Class A felony - 5 years (or stat max of __ years if longer).
  _X_   Class B felony - 3 years
  ___    Class C and/or D felony - 2 years
  ___    Class E felony and misdemeanors: 1 year

**Violation requires mandatory revocation: YES:** __ **NO:** _X_.

**Original offense committed after 09/13/94:** Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

### MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

July 9, 2009
SRS:cd