**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M & ORDER

DATE:     October 13, 2009

TO:       Colleen Lydon, Courtroom Clerk to
          Honorable Edward J. Garcia

FROM:     Debra Lancaster, Secretary to
          Timothy Zindel, Assistant Federal Defender

SUBJECT:  Roy Sharpnack
          CR-S-00-402-EJG

---

This Memo shall serve as confirmation that the SR Revocation Hearing, presently scheduled for October 15, 2009, is to be continued to **Friday, November 13, 2009 at 10:00 a.m.**

The Courtroom Clerk, Assistant United States Attorney Todd Leras and United States Probation Shari Simon have been notified of the new date.

IT IS SO ORDERED.

Dated: October 13, 2009                    /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           United States District Court


/dl
cc:   Todd Leras, AUSA
      Shari Simon, USPO