**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M

DATE:        December 10, 2009

TO:          Colleen Lydon, Courtroom Clerk to
             Honorable Edward J. Garcia

FROM:        Debra Lancaster, Secretary to
             Timothy Zindel, Assistant Federal Defender

SUBJECT:     U.S.A. v. Roy Sharpnack, 2:00-CR-0402 EJG

---

This Memo confirms the parties' agreement and probation officer's agreement that the hearing in Mr. Sharpnack's case presently scheduled for tomorrow may be continued one week to Friday, December 18, 2009 at 10:00 a.m.

The present plan is for Mr. Sharpnack to admit the charged violation that day and then request that the case be set for disposition hearing in early February.

IT IS SO ORDERED.

Dated:  December 10, 2009          /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   United States District Judge

cc:    Todd Leras, AUSA
       Shari Simon, USPO