```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    ROY L. SHARPNACK
 7
 8
```

*filed 2/2/10*

**FILED**

FEB 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:00-CR-0402 EJG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER ON VIOLATION PETITITON** |
| ROY L. SHARPNACK, | |
| Defendant. | Date: February 5, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Roy L. Sharpnack, through their respective attorneys and with concurrence of the Probation Office, as follows. First, the petition filed July 14, 2009, may be disposed of pursuant to Fed. R. Crim. P. 32.1(c)(2) without a hearing. Second, based on Mr. Sharpnack's admission of December 18, 2009, the Court may find that Mr. Sharpnack violated the terms and conditions of supervision as alleged in the petition filed July 14, 20009. Third, in light of the factors set forth in 18 U.S.C. §§ 3583(e) and 3553(a) and the recommendation of Probation

1  in its memorandum of January 29, 2010, the Court may terminate supervised
2  release.
3      On December 18, 2009, Mr. Sharpnack admitted violating supervised
4  release as set forth in a petition filed July 14, 2009. His four-year
5  term of supervised release was due to expire on August 14, 2009, but was
6  extended due to the pending petition. Since his first appearance on the
7  petition, he has continued to submit to random testing and to file
8  monthly reports in a timely manner and has had no other issues of non-
9  compliance. He has had no new law violations during the term of
10 supervision. Accordingly, the Probation Office has recommended that the
11 Court terminate Mr. Sharpnack's supervision in the interest of justice.
12 The parties concur in that recommendation.
13     Under Rule 32.1(c), a hearing on modification of supervised release
14 "is not required if . . . the relief sought is favorable to the person
15 and does not extend the term of . . . supervised release" and "an
16 attorney for the government has received notice of the relief sought" and
17 does not object. In this case, counsel for the United States has agreed
18 that the requested termination of supervised release is appropriate.
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

| | |
|---|---|
| 1 | Accordingly, the parties respectfully ask the Court to vacate the hearing scheduled for February 5, 2010, and enter the order set forth below. |

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 2, 2010      /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for ROY L. SHARPNACK


BENJAMIN B. WAGNER
United States Attorney

Dated: February 2, 2010      /s/ T. Zindel for T. Leras
                             TODD LERAS
                             Assistant U.S. Attorney

**O R D E R**

The Court finds that the releasee has violated the terms and conditions of supervision as alleged in the petition filed on July 14, 2009. In light of the recommendation of the parties and the Probation Office, the Court hereby terminates supervised release pursuant to 18 U.S.C. § 3583(e). The hearing scheduled for February 5, 2010, is vacated.

IT IS SO ORDERED.

Dated: February 3, 2010      _____
                             HON. EDWARD J. GARCIA
                             United States District Judge

Stip. & Order                -3-